**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00405-NYW

BILLY F. MAY,

      Plaintiff,

v.

GEORGE SANTINI,
FRANK CORDOVA, and
FEDERAL BUREAU OF PRISONS,

      Defendants.

**ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE**

Entered By Magistrate Judge Nina Y. Wang

      IT IS ORDERED that a Scheduling Conference is hereby set for **May 18, 2015, at 11:30 a.m.** in Courtroom C-205, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification.  *See* D.C.COLO.LCivR 83.2(b).  **Plaintiff and his case manager shall contact the court at (303) 335-2600 on the above date and at the designated time in order to participate.**

      A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov.  The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before **seven days prior** to the Scheduling Conference.

      IT IS FURTHER ORDERED that a copy of this Order is to be sent to the following:

CASE MANAGER FOR
BILLY MAY
#83442-280
FLORENCE FEDERAL PRISON CAMP
Inmate Mail/Parcels
PO Box 5000

>     Florence, CO 81226
>     PRO SE

IT IS FURTHER ORDERED that the Parties shall complete and file the Pilot Program Consent Form indicating either unanimous consent of the parties or that consent has been declined, on or before:

**May 11, 2015**

DATED: April 27, 2015                                      BY THE COURT:

                                                                           s/Nina Y. Wang_____
                                                                           United States Magistrate Judge