IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00405-NYW

BILLY F. MAY

Plaintiff,

v.

GEORGE SANTINI,
FRANK CORDOVA,

Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

This civil action comes before the court on Defendants George Santini and Frank Cordova's ("Defendants") Unopposed Motion to Stay Discovery Pending the Court's Resolution of Defendants' Motion to Dismiss [#23] and Plaintiff Billy F. May's ("Plaintiff") Motion for Summary Judgment [#14], filed on June 24, 2015 [#28] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. Absent further order of the court, discovery in this case is stayed pending resolution of the Parties' respective pending dispositive motions.

DATED: June 29, 2015